No. 1:23-cv-00076

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Spencer Jackson,**
    **Petitioner,**

v.

**Anthony Wills,**
**The Warden of Menard Correctional Facility**
    **Respondent.**

## Motion for Leave to Proceed on Appeal in Forma Pauperis

Petitioner-Appellant Spencer Jackson ("Mr. Jackson"), by and through his attorney, David Lewarchik of Lewarchik Law LLC, hereby files this Motion for Leave to Proceed on Appeal In Forma Pauperis, stating:

1. Mr. Jackson, through undersigned counsel, timely filed a notice of appeal challenging this court's August 23rd, 2024 denial of his Habeas Corpus Petition.

2. Undersigned counsel agreed to do so on a *pro bono* basis provided Mr. Jackson provide him with the necessary paperwork from his trust account documenting his indigency.[1]

3. Though undersigned counsel agreed to represent Mr. Jackson on a *Pro Bono* fashion, he could not do so if required to pay the six-hundred-dollar appellate filing fee, because of his own financial limitations.

4. Though undersigned counsel has informed Mr. Jackson of this limitation, Mr.

---

[1] A 1-109 certification by undersigned counsel attesting to the veracity of the facts within this motion appears at the end of this motion.

Jackson has yet to provide undersigned counsel with this information.

5. Based upon information and belief, undersigned counsel believes Mr. Jackson and his family do not possess the financial means to cover the six-hundred-dollar filing fee, and, undersigned counsel has executed a 1-109 certification averring to the veracity of the fact and other facts within this motion upon pain of perjury.

6. Nevertheless, if this evidence does not suffice for this court to grant leave to proceed *in forma pauperis*, undersigned counsel requests an additional thirty days to retrieve from Mr. Jackson the required documentation from his prison trust fund documenting his indigency so that an amended motion with said paperwork may be filed.

7. In the alternative, undersigned counsel requests that this court appoint a federal public defender to represent Mr. Jackson in this matter if thirty days cannot be extended to retrieve Mr. Jackson's indigency paperwork or undersigned counsel's section 1-109 attestation concerning Mr. Jackson's indigency does not suffice.

Respectfully Submitted,

/s/David Lewarchik                      11-8-2024
David Lewarchik, Esq.                DATE
Attorney for Appellant

I certify that I filed an original and one copy of this leave to proceed on appeal in forma pauperis with the Clerk of the United States District Court for the Northern District of Illinois and served a copy on counsel of record, this by electronic service this 30rd day of May.

| | |
|---|---|
| /s/David Lewarchik | 11-8-2024 |
| David Lewarchik, Esq. | DATE |
| Attorney for Appellant | |
| Lewarchik Law PLLC | |
| 939 W. North Ave., Ste 750 | |
| Chicago, IL 60642 | |
| dwl@appealcounsel.com | |
| 312-517-3877 | |

STATE OF ILLINOIS )
                         ) SS
COUNTY OF COOK )

## 1-109 Certification

Under penalties as provided by law pursuant to Section 1-109 of the Code of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ _[signature]_                                   11-8-2024
David Lewarchik, Esq.                         DATE